UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA DE LA ROSA,<br><br>        Plaintiff,<br><br>    v.<br><br>CENTENNIAL REAL ESTATE MANAGEMENT, LLC, and others,<br><br>        Defendants. | Case No. 25-cv-02396 NC<br><br>**ORDER REMANDING CASE TO MONTEREY COUNTY SUPERIOR COURT** |

On March 7, 2025, defendant Centennial Real Estate Management, LLC removed this case to this Court from Monterey County Superior Court. Dkt. No. 1. On March 12, 2025, the Court issued an Order to Show Cause to Centennial to explain why the case should not be remanded back to Superior Court for lack of federal subject matter jurisdiction. Dkt. No. 6. On March 25, 2025, Centennial responded in writing that it did not oppose remand. Dkt. No. 7.

Consequently, because the federal court is a court of limited jurisdiction and Centennial has not established that subject matter jurisdiction is satisfied, this case is hereby ordered REMANDED immediately to Monterey County Superior Court. No fees or costs awarded. After remand, the Clerk of Court is directed to administratively close the federal case file.

**IT IS SO ORDERED.**

Dated: March 31, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge